UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CR-20244-GAYLES/GOODMAN

UNITED STATES OF AMERICA

v.

FREDERICK LEE ALVIN,

    Defendant.
_____/

**<u>ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE</u>**

**THIS CAUSE** comes before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations on Defendant's Motion to Suppress DNA Evidence (the "Report"). [ECF No. 168]. On June 9, 2023, Defendant Frederick Lee Alvin ("Defendant") filed his Motion to Suppress DNA Evidence (the "Motion"). [ECF No. 108]. On June 15, 2023, the United States of America filed its Response in Opposition to the Defendant's Motion, [ECF No. 114], and Defendant filed his reply on June 26, 2023, [ECF No. 130]. The Motion was referred to Judge Goodman on December 11, 2023. [ECF No. 161]. Following an evidentiary hearing, Judge Goodman issued his Report recommending that the Court deny Defendant's Motion. [ECF Nos. 165, 168]. Defendant timely filed Objections to the Report, [ECF No. 175], and the Government filed a response in opposition, [ECF No. 178].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Goodman's well-reasoned analysis and agrees that the Motion must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Defendant Frederick Lee Alvin's Objections to the Report and Recommendations on Defendant's Motion to Suppress DNA Evidence (DE 168), [ECF No. 175], are **OVERRULED**;

(2)  Judge Goodman's Report and Recommendations on Defendant's Motion to Suppress DNA Evidence, [ECF No. 168], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(3)  Defendant Frederick Lee Alvin's Motion to Suppress DNA Evidence, [ECF No. 108], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of January, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE